IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL KEELING,<br>    Petitioner, | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 03-CV-2467 |
| SHANNON, MR., *et al.*,<br>    Respondents. | :<br>:<br>: |

## ORDER

**AND NOW**, this 20th day of February, 2020, upon consideration of Petitioner Michael Keeling's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 36), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of jurisdiction for the reasons set forth in the Court's Memorandum accompanying this Order.

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c).

                              **BY THE COURT:**

                              **/s/ Jeffrey L. Schmehl**
                              **JEFFREY L. SCHMEHL, J.**